IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–03–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RANS RAY CARROLL, JR., | |
| Defendant. | |

This matter comes before the Court on the United States' motion for final order of forfeiture. (Doc. 39.) Having reviewed the motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2);

2. A preliminary order of forfeiture was entered on December 27, 2021;

3. All known interested parties were provided an opportunity to respond, and publication has been effected as required by 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2).

It is therefore ORDERED that:

1. The motion for final order of forfeiture (Doc. 39) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of

the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), free from the claims of any other party:

- $5,073.00 in United States currency;
- a Beretta PX4 Storm, semi-automatic pistol CAL: 40 (serial number PY29811);
- a Savage, model 220A, 16-gauge break-action shotgun (no serial number); and
- 3 loaded magazines of ammunition CAL: 40.

3.  The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 19th day of April, 2022.

_____
Dana L. Christensen, District Judge
United States District Court