IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–03–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RANS RAY CARROLL, JR., | |
| Defendant. | |

Before the Court is United States' Amended Motion for Preliminary Order of Forfeiture. (Doc. 44.) Defendant Rans Ray Carroll, Jr., has been adjudged guilty as charged in Count II of the Indictment. As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2).

Accordingly, IT IS ORDERED the motion (Doc. 44) is GRANTED.

IT IS FURTHER ORDERED that Rans Ray Carroll, Jr.'s interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2):

- $6,073.00 in United States currency;
- a Beretta PX4 Storm, semi-automatic pistol CAL: 40 (serial number PY29811);
- a Savage, model 220A, 16-gauge break-action shotgun (no serial

  number); and

- 3 loaded magazines of ammunition CAL: 40.

  IT IS FURTHER ORDERED that the United States is directed to seize the property subject to forfeiture and further to make a return as provided by law.

  IT IS FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish at least once for three successive weeks in a suitable means of general circulation notice of this order, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.  The United States may also, to the extent practical, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order of forfeiture, as a substitute for published notice as to those persons so notified.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, and this Order is hereby incorporated into any final judgments issued in this case, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(B).

DATED this 8th day of June, 2021.

_____
Dana L. Christensen, District Judge
United States District Court